UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERNESTO VILLALOBOS,<br><br>Defendant. | CASE NO. 3:25CR27WHR<br><br>JUDGE RICE |

**MOTION TO UNSEAL CASE**

The United States moves to unseal this case as defendant Ernesto Villalobos has been arrested on his previously outstanding warrant and has made his initial appearance in this matter. The United States therefore requests that the Court grant this motion and unseal this case.

Respectfully submitted,

KELLY A. NORRIS
ACTING UNITED STATES
ATTORNEY

s/Brent G. Tabacchi
BRENT G. TABACCHI (6276029)
Assistant United States Attorney
Federal Building, 200 West Second Street, #600
Dayton, OH 45402
Phone No.: (937) 225-2910
Fax No.: (937) 225-2564
Email: Brent.Tabacchi@usdoj.gov

## **CERTIFICATE OF SERVICE**

 I hereby certify that a copy of the foregoing was filed via this Court's ECF System on or about April 25, 2025.

           s/Brent G. Tabacchi
           BRENT G. TABACCHI
           Assistant United States Attorney