IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 3:25-cr-000027(1) |
| Plaintiff, | * | JUDGE WALTER H. RICE |
| vs. | * | |
| ERNESTO VILLALOBOS | * | |
| Defendant. | * | |

**DECISION AND ENTRY ADOPTING UNOPPOSED REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE (DOC. 18); DEFENDANT ORDERED DETAINED PENDING FURTHER ORDER OF THIS COURT**

Defendant having chosen not to object to the Report and Recommendations of the United States Magistrate Judge Peter B. Silvain Jr., recommending that defendant be detained pending further proceedings in this Court, (Doc.#18) this Court, upon review of said Report and Recommendations hereby ADOPTS same. Defendant is to be detained pending further order of this Court.

**IT IS SO ORDERED.**

Date: 8/20/2025

Walter H. Rice
**WALTER H. RICE, JUDGE**
**UNITED STATES DISTRICT COURT**